UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Alex Maombi, | Civ. No. 23-341 (JWB/DTS) |
| Petitioner, | |
| v. | |
| | **ORDER** |
| The Department of Homeland Security, and ICE, | |
| Respondents. | |

The above matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge David T. Schultz dated March 14, 2023. (Doc. No. 3.) No objections have been filed to that R&R in the time permitted. In the absence of timely objections, the Court reviews an R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, the Court finds no clear error.

Based on the R&R of the Magistrate Judge, and on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The March 14, 2023 Report and Recommendation (Doc. No. 3) is **ACCEPTED**; and

2. Plaintiff's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: April 3, 2023                                                                 _s/ Jerry W. Blackwell_____
                                                                           JERRY W. BLACKWELL
                                                                           United States District Judge